**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LACEY SCULLS AND JONNY SCULLS, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES; WATCH COMMANDER EZETT SMITH; DOES 1-10 INCLUSIVE, <br><br> Defendants. | Case No. 2:21-cv-08624-AH-(AYPx) <br><br> **FINAL JUDGMENT  [JS-6]** |

The Court, having considered the papers and all other matters presented and accepted by the Court, GRANTED Defendants City of Los Angeles, Dave Storaker, Raymond Valois and Loma Holland's ("Defendants") Motion for Summary Judgment based on its finding that there were no genuine disputes of material fact as to the causes of action alleged by Plaintiffs Lacey Sculls and Jonny Sculls ("Plaintiffs") against Defendants, as outlined in the Court's Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendants' Motion for Summary Judgment is GRANTED.

2. Plaintiffs shall take nothing on their Complaint against Defendants.

3.  Judgment is hereby entered in favor of Defendants and against Plaintiffs.

This is a final judgment.

Dated:  February 12, 2026

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

2